# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128130

MARIA L. LYLE,
      Plaintiff-Appellant,

v

                                  SC: 128130
                                  COA: 257689
                                  WCAC: 02-000481

DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

Clerk

t1006